IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ASM AMERICA, INC.,

        Plaintiff,

   v.

ACECO SEMICONDUCTOR, INC.; EDGE TECH, INC., dba ACECO PRECISION MANUFACTURING; and ACECO MACHINE WORKS, INC.,

        Defendants.

THE ACE COMPANY, INC., dba ACECO PRECISION MANUFACTURING and ACECO PRECISION SEMICONDUCTOR COMPONENTS,

        Counterclaimants,

   v.

ASM AMERICA, INC.,

        Counterclaim Defendant.

CV-05-1326-ST

JUDGMENT

1 - JUDGMENT

STEWART, Magistrate Judge:

Based on the record, this case is dismissed with prejudice as to all named defendants and counterclaimants, including the counterclaim, and without any award of attorney fees or costs to defendants/counterclaimants.

DATED this 17th day of January, 2006.

                                              s/ Janice M. Stewart_____
                                              Janice M. Stewart
                                              United States Magistrate Judge